# Exhibit A

Honorable Timothy J. Savage
U.S District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Scott Mason
Case No.: 2:25CR00025-001

Dear Judge Savage:

Thank you for this opportunity and the privilege of sharing my thoughts with you regarding my husband, Scott. I hope that my narrative will provide a more personal description and insight into the man that I know and truly believe Scott to be.

Our relationship began as college students at Hobart and William Smith Colleges and continued during our young professional lives to our current nearly 39 years of marriage. We have enjoyed life's joys and have weathered heartbreak and sadness as a united interfaith couple. Together we have strived to navigate the good times, the challenges, the disappointments and the sadness of our lives as the offspring of our incredible parents, as eldest siblings, as friends, as neighbors but most importantly, as proud parents and now prouder grandparents-with another grand-baby on the way.

These past several months have truly been the most difficult and the most transformative for us as a couple and as a family to date. Witnessing first-hand the pain that Scott's poor decision making has caused has been heartbreaking for our families, for our friends and neighbors, and, of course, for us as a married couple.

Violating law and fiduciary responsibility is truly not the Scott J. Mason that we all really know. These transgressions and costly financial mistakes are completely and unequivocally not the actions, behavior and moral compass of the man that I have known for nearly fifty years. We have discussed how and why he got involved with the bad decisions he made

With admission of these poor decisions, actions and the subsequent consequences- - Scott accepts full responsibility and is truly committed to making restitution. I, too, am committed to continuing to support Scott with hard work and I will do whatever it may take to support Scott's ability to move forward and rectify his past actions. He has already taken important and critical steps to begin this process, and I know that he is determined to continue to learn from these mistakes and to continue to use his life experience to be of service to others and to live a life of positive consequence.

The vows we took as a young married couple and the pledge we made to each other are as relevant now as they were nearly 39 years ago - - perhaps, maybe even more so. We truly have and will continue to take action to do whatever we can to continue to take positive steps to lead by good example as parents, as grandparents, as friends and as community members.

Thank you again for your time, service and thoughtful consideration as you review Scott's case and its sanctions. With his continued hard and strong work ethic, his faith, and positive rehabilitative personal actions and devoted volunteerism - we hope that Scott will earn trust and make positive personal and financial contributions, of which he is very capable. My incredibly

wise and faithful sister shared a very poignant quote with me; reminding me of the faith I have in myself, in Scott and in us as a couple going forward with our family.

"Faith is the distance between what we believe is possible and what we can prove is possible"

I truly believe that we all must have faith as Martin Luther King Jr. advised:

"Take the first step in faith.  You don't have to see the whole staircase, just take the first step."


Respectfully submitted,

Lynne N. Mason

# Exhibit B

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case No. 2:25CR00025-001

Dear Judge Savage,

My name is Aly Mason and Scott is my dad. This note to you, Your Honor, is by far the hardest thing I have ever had to write, but my goal is that when you finish reading it, you may understand who my dad truly is, beyond the charges that have brought him before you.

Last summer when we found out what my dad had done, my world was shattered. My dad, who has always been my go-to person, could not have possibly done something like this. And yet, he did, and it killed me. There were times that I did not know how we were all going to get through this. So over the last ten months, I have tried to channel many of the important lessons I learned from my dad over the years. He taught me how to lean on those I love, how to push forward through adversity, and most of all, to always be kind to people. Those lessons are who I know my dad to be at his core – not the person who did the things that have gotten us here today.

My dad has always been the rock of our family – my mentor, emotional support, and the first person I call when I need advice or someone to talk to. He is the kind of person who shows up – not just for me and my brothers, but for anyone who needs him. His kindness, his steady presence, and his willingness to help others have defined who he is throughout his life.

Since the charges, my dad has taken full responsibility for his actions and has shown deep remorse. He has not just said he is sorry – he has lived it and will continue to live it every single day. He has volunteered in the community and taken part in programs to better himself. He is committed to doing the hard work it takes to rebuild his life and make amends.

I am not asking for his actions to be overlooked. I understand there are consequences. But I am asking you to see the man that I know – a man with a good heart, who made a mistake, who is deeply sorry, and who will spend every day of his life making it right. I am asking you to see him as a father, a husband, a grandfather, and a human being who is trying to do better, and I believe with all my heart he deserves a chance to do just that.

Respectfully,
Aly Mason

Contact:
█████████████

# Exhibit C

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case No. 2:25CR00025-001

Dear Judge Savage,

My name is Andrew Mason and I am Scott Mason's youngest son. I am writing today because I would like to share with Your Honor the good qualities and experiences that are exemplary of my father.

Over the years, my father has truly been an outstanding and vocal member of every community he has been involved in. For one, he was passionately involved at our skating rink, Wissahickon Skating Club in Chestnut Hill, PA. My dad was always an active parent as well as a coach. Not only did he help my brother, Matt, and I reach our potential as hockey players, but he also helped hundreds of players and parents that he worked directly with at the club.

Additionally, as both an Alumna and a former Board Trustee of our Alma Mater, Hobart and William Smith Colleges, my dad worked extensively with the school providing guidance for the students. He also has been an active and critical supporter of the hockey program at Hobart and has aided in helping the program reach outstanding heights both on and off the ice. My dad's support has helped the program achieve national prominence on the ice, but most importantly he has helped current and former student-athletes make professional connections with other hockey alumni, non-hockey alumni, or introduce and connect them with other business professionals that they otherwise would not have been able to meet.

Most importantly, my dad has been and still is a huge part of helping me and my siblings become the people we are today and lead lives of consequence. His constant support and advice has aided us in becoming positive, contributing members of our communities both at work and within our personal lives. It was because of his unconditional love, guidance, compassion, and unwavering support helped me find the courage to publicly come out as a member of the LGBTQ+ community.

While I acknowledge my dad has made a horrible mistake, he has also shown accountability for his mistakes and a commitment to improving as he moves forward. Since this all began, my dad has been volunteering with different organizations while seeking counseling and help to better himself every day from here on out. I sincerely believe that my dad, Scott Mason, is capable of positive change and will continue to contribute positively to society once given the chance again to redeem himself.

Thank you in advance for your time and consideration.

Sincerely,
Andrew Michael Mason

# Exhibit D

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case No. 2:25CR00025-001

Dear Judge Savage,

My name is Alyssa Mason and Scott Mason is my father-in-law. I am the newest member of the Mason family as I just married Scott's daughter, Aly, about a year and a half ago. Although Scott has only been in my life for about five years, he has made a lasting impact on me and hearing this news last summer not only broke my heart but came as a complete shock to me.

Just a couple of days ago I graduated from Temple University Beasley School of Law. I bring this up only because during my time at Temple, I had the incredible opportunities to intern for the Honorable Gene E.K. Pratter, as well as the Honorable Diana L. Anhalt. It was during my time as a judicial intern that I learned a very important lesson – not all people who commit crimes or violate the law are bad people. I sat in the back of many hearings, sentencings, even trials, watching defendants show genuine remorse for what they had done, with supportive families sitting just a couple rows in front of me, and it was only then that I realized good people sometimes do bad things under tough circumstances. By no means does it make it right, nor does it make it excusable, but to me, it was the first time the concept even clicked in my mind. Yet even with that awareness, never in a million years could I have guessed that I would be one of those family members sitting in the pews of a federal court room watching my father-in-law as the defendant.

The Mason family is special and I noticed it immediately. They are kind, they are caring, but most of all, they are a come-one-come-all kind of family and Scott exudes these values. They include extended family of extended family at every family function, celebrate each other's happiness, and lift each other up in moments of grief. And, while no family is perfect, the immediate love I felt from Scott and Lynne had me thinking I hit the jackpot for in-laws. They were second parents to me when Aly and I moved to Philly so I could go to law school and even through all of this, they have held strong and been a support for everyone.

Scott is always there for all of us. He is always encouraging us all to follow our dreams, to laugh, to celebrate, to push ahead. He is Aly's rock. He is Matt's rock. He is Drew's rock. He is Lynne's rock. The list goes on. And maybe that's it – maybe those were the circumstances that helped get him here and something we all will have to re-calibrate moving forward, but, Your Honor, please believe me when I say that Scott Mason is a good person who did a bad thing.

Judge Pratter always used to say to defendants in front of her, "I am not *giving* you anything. You *earned* this all on your own." And that is true. Every person is responsible for the actions they take in their life, including and especially the wrong ones. Scott knows he what he did was wrong and he is remorseful every time we talk about it. From the very beginning, he took, and continues to take, accountability and responsibility for his actions. He recognizes the position he has put all of the people who trusted him most in because of those actions. And so, while I understand that you are not *giving* Scott anything, my hope is that when you determine what sentence Scott has earned for himself, you take into consideration that he is a good person who did a bad thing. A good person who will come out on the other side of this better, stronger, humbler, and with a fierce drive to do everything he can to make it right again. In my very limited experience, those are the ones that are harder to find. The ones who want to turn it all around and live an honest life, be a productive member of society, and make a difference for the better when given the chance.

Thank you for taking the time to read my thoughts, Your Honor.

Sincerely,
Alyssa Gayle Mason

Contact:

**Exhibit E**

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case No. 2:25CR00025-001

Dear Judge Savage,

I am writing to you as a daughter-in-law of Scott Mason. I have known Scott Mason since 2014. Upon early meetings, I could tell Scott was a wonderful father, friend and was going to be an amazing future grandfather. Early on, it was evident that he was the patriarch of not only his own family, but of extended family as well. Scott Mason is the type of person everyone in his presence wants to know and be around.

To his family and friends, Scott Mason, has always been a devoted husband, father, and now grandfather ("Papa") to my two toddlers. He is someone who has consistently put others first, babysitting when my children are sick, showing up for family events, helping extended family, friends and neighbors without being asked, and modeling the values of hard work and humility. He has been a steady, supportive presence in all of our lives, and I have always seen him as a man of principle and care. I looked up to him as a model for the future family I wanted to have.

It was a devastating shock to learn of the circumstances that have brought him before the Court. These actions are completely out of alignment with the person I know and the stories and memories shared to me by my husband when first getting to know the Mason family.

I do not condone what has happened, but I believe these were deeply misguided choices made in isolation—choices that were kept from his family and do not reflect his true character.

Even now, in the face of these consequences, Scott Mason has taken full responsibility for his actions and has expressed deep remorse. I believe that this chapter, although extremely serious, does not define the entirety of who he is. He remains committed to making amends and rebuilding his trust.

As a member of the Mason Family, I ask that you consider the totality of his life, his character, and the impact he has had on those around him. Whatever decision the Court renders, his family will stand by him, and we remain hopeful that he will have the opportunity to prove that he is capable of positive contributions and personal growth.

Thank you for taking the time to consider this letter.


Sincerely,

Allissa Crea Mason


Contact:

# Exhibit F

Honorable Timothy J. Savage
U.S. District Court Judge
9614 US Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case Number 2:25CR00025-001

Dear Judge Savage,

My name is Lisa Nowadly Breen, and Scott Mason has been a big part of my life for the past 47 years. Initially, he was like a big brother, then brother-in-law, then uncle, and finally, friend. I was met with shock and disbelief when I learned about his violation of the law as he has been a positive force in my family's life for many decades.

Tragically, in 2001, when my husband and I were in our early 30s, we lost three out of four of our parents. That first Christmas without them was devastating. To culminate the stress of the season, we had our second son just 22 minutes after Christmas Day at 12:22 AM on December 26. My husband, a weatherman in Buffalo at the time, had to head to work shortly after the delivery. Who was there to "hold down the fort" at our parent's home (where we were all staying) and make Christmas as normal as possible? Uncle Scott. Who was also there to drive our then three year old son to meet his new baby brother in the break in the blizzard? Uncle Scott. He played many roles that first Christmas, and for that, we are eternally grateful.

Another moment stands out vividly too. In March 2020, two of my three children fell very ill with covid, 10 days apart from each other. My immediate family was quarantined for three full weeks. Most people were petrified to come within 50 feet of our home. That was when we let our mail sit for days and wiped down our groceries. Do you remember? Since we were unable to leave our house, one kind, brave person, donned in mask and gloves, Uncle Scott, went grocery shopping for us. He also went from store to store to store in search of the completely absent from the shelves-hand sanitizer! He was an absolute lifesaver!

It is with great hope that you keep in mind the very caring nature of my brother-in-law Scott when you issue his sentence. He is always willing to help. With his full cooperation with authorities, I hope that he is able to use his energy to have a positive impact and provide assistance to others in the community.


Sincerely,

Lisa Nowadly Breen

**Exhibit G**

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case No. 2:25CR00025-001

Dear Judge Savage,

My name is Michelle Nowadly Watkins, and Scott Mason has been my brother-in-law — and has played a major role in my family — for nearly 40 years. The news that he'd violated the law was a shock to me and to us all, given the family cornerstone Scott has been for so long.

"Uncle Scott" is the one we count on for positive, non-stop energy. He's the one who plans family events and gets the worriers (there are a lot of us) to lighten up. Scott plays with the kids, coaches the teams, and even gets the teenagers to smile.

One moment stands out: In 2001, our parents (just in their 60s) died suddenly and unexpectedly within six months of one another. Dad died in February; Mom died in September, a week before September 11. When the towers fell, it was if the world joined our shattered family. My sisters, my brother and I managed the best we could, and Scott was there for us: helping with kids, with food, with logistics, making things easier. Scott was a light in a dark time.

At his core, Scott is a helper with the spirit and optimism to move things forward, and I hope you will keep that in mind as you decide the appropriate sentence. He's been forthcoming about his illegal actions, and cooperated with authorities. My hope for Scott, the family, and the whole community is that he's given the chance to use his energy to do what he can to make things right.

Sincerely,
Michelle Nowadly Watkins
Arena, Wisconsin (Outside of Madison)


Contact:

**Exhibit H**

Barbara Mason Leopold



June 11, 2025
The Honorable Timothy J. Savage, U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason Case No.: 2:25CR00025-001

Dear Judge Savage

My name is Barbara Mason Leopold, and I am Scott Mason's sister.  Writing this letter is
emotional for me because Scott is not only my sibling – he is truly one of the best people I know.
He has been my role model, my protector, and one of the greatest influences in my life.

Scott has always been the heart of our family. He's the best son our parents could have asked for
and the best brother anyone could hope for.  His love is unconditional.  You always know where
you stand with Scott, and even during hard times, he never turns his back on the people he loves.
His loyalty runs deep, and his presence is steady and calming.

I was diagnosed with diabetes when I was very young, and my brother became my protector and
supporter. He helped me manage my illness and encouraged me when I struggled. When he was
in his twenties, he started a group to raise money for diabetes awareness. He didn't do this for
recognition. He did this out of love. His efforts extended beyond just me and helped others in the
community facing the same challenges. That's just the kind of person he is. He sees a need and
steps up.

I chose to attend a college close to where he attended school because I knew having him close
would help me feel more comfortable.  That decision wasn't just about location – it was about
wanting to stay close to someone who made me feel safe and supported. He's been that constant
presence throughout my life.

When I went through my divorce, things got very hard – emotionally and every which way you
can imagine. Scott helped in ways I can never repay. He looked after me and my boys and just
"showed up" day after day. He was steady when everything else felt like it was falling apart.

When my seventeen-year-old son faced challenges and needed guidance, Scott was my very first
call. I didn't hesitate because I knew Scott would show up, listen with compassion, and offer

thoughtful advice. He has always had a  gift for being there for others, not just physically, but emotionally as well.

Scott gives of himself constantly – to his family, his friends, and his community.  He's a devoted father, a proud grandfather, and a loving uncle.  Our family depends on him in big and small ways every day.  He has always been deeply involved in volunteer work and continues to give his time generously to causes that matter to him.

He doesn't do any of this for praise – he does it because he truly cares.  He is a friend to everyone, and he brings people together in a way that is rare and deeply valued.

I won't pretend he hasn't made mistakes, but I also know the man he is and the good he has done for so many people. I believe in my heart that he has more to offer this world, more to give, more to teach and more to improve the lives of others like he has been doing for decades.

Thank you for reading my letter and for considering this fuller view of my brother's character. I hope you will see what we see; not someone who has made a mistake, but someone who has made a "difference".

Respectfully submitted,


Barbara Mason Leopold
Sister of Scott Mason

# Exhibit I

May 15, 2025

The Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

RE:  Scott Mason
Case No:  2:25CR00025-001

Dear Judge Savage,

I am writing to respectfully express my support for Scott Mason and his family
as your Honor considers sentencing in his case.

I have known Scott Mason and his wife, Lynne Nowadly Mason, since our
college years (with our 45th Reunion coming up, that makes it almost half a
century), and over that time I have come to know them as faithful, kind, and
deeply rooted members of their community. While I recognize the seriousness
of  Scott's actions and do not excuse what he has done, I appreciate that Scott's
decision to plead guilty shows that he too has acknowledged his wrongful
conduct and is ready to accept the consequences for his actions. Knowing that
he has not only accepted responsibility for his actions but that he also bears the
weight of the shame to which he has subjected his family, I humbly ask that
you consider the broader context of who he is beyond this case and, most
importantly, who he is to his family.

Scott and Lynne Mason have built a strong family. They are devoted parents,
grandparents and active members of their community, consistently showing up
for others and living out values of service, loyalty, and care. Despite the current
circumstances, their family has never wavered. They remain faithful, resilient,
and committed to one another.

Lynne, one of my oldest and dearest friends, is especially reliant on her
husband for daily support—emotionally, physically, and spiritually. The
hardship of Scott's absence would be deeply felt, not only by her but by

everyone who knows and depends on him. His family continues to believe in his ability to take responsibility and grow from this experience.

I understand that justice must be served. At the same time, I respectfully ask that you consider a sentence that allows Scott to continue his role and be there for his wife and family. If there is any space within the legal framework for compassion, I hope this letter helps convey why leniency would serve not just Scott, but also the people who depend on him and who continue to be valuable members of the community.

As I write this letter, I'm reminded of Shakespeare's insightful observation that mercy is not finite, and that a world that can show mercy to Scott, is blessed as well by that mercy,

> *The quality of mercy is not strain'd,*
> *It droppeth as the gentle rain from heaven*
> *Upon the place beneath. It is twice blest:*
> *It blesseth him that gives and him that takes.*

A very wise woman (my Aunt Barbara, a teacher with over 50 years' experience) set me straight when I might have been a bit too critical and too judgmental. She gently told me that people are human, errors of judgement are made and while there needs to be consequences, I should remember to give second chances when I could, and always grace. Your Honor, you have years of judicial experience, the wisdom of the law, and you make these extraordinarily difficult decisions every day, so I certainly do not need to remind you of what I sometimes have to remind myself – to please consider offering Scott (and, therefore, Lynne) some grace.


Thank you for your time and consideration.
And for your service.

Respectfully submitted,


Alison D. Bell

**Exhibit J**

Honorable Timothy J. Savage

U.S. District Court Judge

9614 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106


RE: Scott Mason

Case No.: 2:25CR00025-001


Dear Judge Savage,


Our names are Ann Marie and Donald Polec, and our family has had the honor of knowing Scott Mason for over 40 years. In that time, we have come to consider him and his family as our own. We are part of an extended circle that Scott has always treated as family—welcoming us with warmth, love, and inclusion at every celebration, holiday, and moment of both joy and struggle.


What stands out most about Scott is his unwavering devotion to the people in his life. He is, above all, a family man. Time and again, we have seen him step forward—often quietly and without fanfare—to offer his support. Whether it's helping a relative through a crisis, offering guidance, connecting someone to a therapist or job opportunity, or even fully supporting them financially during difficult times, Scott is the person others turn to. And he never turns away.


This is not just occasional kindness—it is a deeply ingrained way of life for Scott. He carries a strong sense of responsibility for those he loves, and he has lived that responsibility with consistency and heart for decades. He is the glue that so often holds others together, a source of strength and generosity whose care has made a lasting difference in many lives.


His commitment doesn't stop at family. Scott has also supported youth initiatives through mentorship opportunities and has remained a loyal and dependable friend to many. He is someone you can count on, in every season of life.

The events that have brought Scott before this court are painful and heartbreaking for all who know him. We understand the seriousness of the crime and the harm caused, and we do not take that lightly. At the same time, we hope the court can consider the whole person—a man whose life has otherwise been defined by care, loyalty, generosity, and love.

Scott has expressed sincere remorse and accepted full responsibility for his actions. We believe he is committed to making things right and to earning back the trust that has been broken. His heart remains with his family and his community, and we believe he has the strength and character to begin again with humility and purpose.

Thank you for taking the time to consider this statement, and the voices of many others who know Scott not only for this failure, but for the deep good he has done over a lifetime.

Sincerely,

Ann Marie and Donald Polec

███████████████

███████████████

Extended Family Friends for 40+ Years

**Exhibit K**



Hon. Timothy J. Savage, U.S.J.D.
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, P. A. 19106

Re: U.S. v. Scott Mason
Case No.:2:25CR00025-001

Honorable Sir:

The purpose of this letter is to provide a character reference for Scott J Mason who recently pled guilty to a series of criminal charges earlier this year. My name is Christopher J Thresher and have been a close friend of Scott's for 48 years.

Scott and I met at Hobart College in the fall of 1977 when trying out for the school's hockey team. It was my good fortune that Scott and I were paired together (he right wing, I center) that fall, as we then played together for all four of our years at Hobart. As a teammate, Scott's characteristics of loyalty, trust, support and mentorship was always on display. I knew early on that Scott could be depended on to always cover my back when engaged with opponents who were usually much bigger. I trusted him explicitly on the ice and was never once disappointed with how he handled himself. Mentoring younger teammates was also something Scott did extremely well. He made himself available, listened to their concerns, and always made them feel comfortable on and off the ice.

Scott values friendships and has always had the ability to bring people together. Senior year at Hobart, Scott, myself and four others lived together in an off campus house. Scott requested at the beginning of the year we all have dinner together - we did, all year. We were often visited by Hobart faculty around dinner time. Not because we were outstanding students, faculty simply wanted to see the six of us having dinner. No one could quite believe this occurred. Scott created and fostered those dinners which in turn created a bond of friendship which is going on 48 years.

Scott's family values are ever present. He and his wife raised three outstanding children. Just as important, Scott made sure that those values were shared with his friends. He was instrumental in ensuring we all met at least twice a year to celebrate. Raising children is hard, losing a parent is even harder. Scott's compassion when a parent passed was overwhelming. He made sure you were ok, asking what he might do. Knowing he was there was often enough. His ability for empathy assisted all of us through these difficult times.

Scott cares about friendships, family and community. He strives to make things right when unexpected events go south. In 2024, Long Beach Island in New Jersey sponsored a Christmas in July (2024) celebration enabling local craftsmen and business to advertise/sell their products. Scott and his family sponsored a sand castle event. Although the intent was to award one prize to specific age groups Scott decided it would only be fair to award to all. Drawings would be later in the afternoon with much enthusiasm shown by all. Two young children, very upset, came up to Scott prior to the drawing saying they needed to leave. Without missing a beat, Scott went straight to their parents, had a few words and told the youngsters something might be done. Several hours after the drawing, Scott asked me if I wanted to go for a ride, he had to take care of something. Twenty minutes later we were at the house of those two youngsters. Scott had promised the parents he would stop by with prizes on the beach. Each child received their prizes. This action sums up Scott's character - he cares.

I do not understand nor condone Scott's actions relating to these charges. They are so out of character that I am at a loss for any explanation. His decisions have betrayed the values mentioned above, yet these characteristics are still there. Scott has shown nothing but remorse and is well aware of the damage he has caused to all directly involved, as well as the ripple effect to family, friends, and community.

I believe with the right teams in place, rehabilitation and redemption will occur. His family and friends believe in Scott. We are confident he will rebuild his life successfully given the opportunity the judicial system might allow.

Thank you for your time in reading this letter,
Sincerely,

Christopher Thresher

**Exhibit L**

Hon. Timothy J. Savage, U.S.D.J.
U.S. District Court, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re: U.S. v. Scott Mason
Case No: 2:25:CR00025-001

Honorable Sir:

The purpose of this letter is to provide a character reference for Scott J. Mason who recently pled guilty to a series of criminal charges earlier this year. My name is Kaethe Benedict Thresher and I have been a friend of Scott's for 46 years. I met Scott at Hobart and William Smith Colleges through my now husband, Christopher Thresher.

Some bonds that are created in school, especially friends of your husband, don't endure, or can create friction. This is not the case with Scott. From my earliest days of meeting him, spending time with him, he has always been an inclusive, supportive and caring person. There was never a time he would not go out of his way to give me a ride, lend me a car, give me directions or make me feel welcome and included in the "boys" activities. This has remained the case over the past 42 years as our families have grown.

It has always been due to Scott that our group of friends got together to spend time with each other. He places great value in people meeting and having conversations. We met at sporting events, tailgates, alumni outings, and at each others' homes. In every interaction, he is genuinely interested in "us". I have witnessed how he coaches and mentors friends of his kids as well as our own. They relate to him and listen to his advice.

I am very shocked and saddened by Scott's actions with his clients. My knowledge of him has always been as a "giver", not a taker. There are so many examples of this from reliable references he has given our family, LBI community donations, Christmas in July activities, care of staff at the Links mini golf, and support of school teams and family. I do not understand how or why his care of family, friends and community; his strong set of values and beliefs, overcame his judgement. I strongly believe that Scott Mason understands and regrets his actions and, with support and counseling, can apply his energies to do only good in the future.

Best Regards,

Kaethe Thresher

**Exhibit M**

June 10, 2025

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Scott Mason**
**Case no.: 2:25CR00025-001**

Dear Judge Savage:

My name is Kevin Rozanski, and I am the CFO of Prometheus Group which is a software company located in Raleigh, North Carolina. We are a global company with more than 750 employees located on five different continents. I have known Scott Mason since I was 5 years old as he married my cousin.

I can't necessarily describe the shock I felt when I learned of what happened with Scott. My brother called me to tell me the news, and I recall being in a bit of a haze during our conversation, unable to fathom it could be true.

Scott has been a surrogate father to my brother and me. When we were boys he was always there. He would take us to practices, he would play catch with us, he would play street hockey with us. Scott wasn't my cousin's husband, he was much more than that. He was always there, no matter what. Scott showed up.

My Mom passed away in June 2000 from cancer two weeks after I graduated college, and my Dad unexpectedly died in April 2003 from a heart attack. Things changed when my Dad died – the person I turned to for advice and to make sure I was making the right life decisions was gone. But what wasn't gone was Scott. Everyone shows up for a funeral, but it's family that's there when the music stops and everyone goes home. That's Scott. I recall him driving three hours to meet me to talk about a job I was deciding to take. He called my brother and me constantly, for 20 years, always checking in on us and helping us with life decisions. Scott listened, and like always, he showed up.

I fully respect the court, its decisions, and the rule of law. I can't condone Scott's actions and that his actions hurt others. I just know that's not who Scott Mason really is.

Our family prays for the families that have been impacted by Scott's decisions, and we also pray for Scott. I appreciate that Scott has taken responsibility for his actions, as I would expect nothing less from him. I wish Scott had made different choices, but I humbly ask the court to see Scott for who he is and has always been, and not just see the mistakes he made along the way.

Very Respectfully,

Kevin Rozanski
CFO
Prometheus Group
███████████████

████████████

**Exhibit N**

*Linda E. Leighbody...* ███████████████████████

May 13, 2014

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Scott Mason**
**Case No.: 2:25CR00025-001**

Dear Judge Savage:

My name is Linda Leighbody.   My husband John and I met Scott Mason and his wife Lynne through mutual friends from Buffalo, NY, over ten years ago.  We enjoyed a wonderful relationship especially in our shared love and enthusiastic support of our hometown NFL football team, the Buffalo Bills. Tragically John died Sept 19, 2022.  Scott was a source of strength for both John and me during John's five month battle with pancreatic cancer.

I was deeply saddened when our beloved friend confessed to me last year that he violated the law.  I am proud of him for taking full responsibility for his mistakes.  Scott had always been honest in any dealings we had with him.  We admired his caring and loving relationships he had with his wife, children and grandchildren.  He always treated his friends with respect and kindness.

Since this legal process started Scott has recognized the severity of his illegal actions and is committed to making full restitution to those individuals he wronged.  He is determined to earn back the respect he squandered with this horrible moral lapse in judgment.  I have full faith in Scott's ability to succeed once given the chance to rectify his past actions.

Thank you for keeping my affirmations and the positive statements of other friends and family in mind as you decide upon the appropriate sentence for Scott.


Sincerely yours,

# Linda Leighbody

Linda E. Leighbody

**Exhibit O**

May 24, 2025

The Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Scott Mason
Case No: 2:25CR00025-001

Dear Judge Savage,

I am writing this letter on behalf of my friend and neighbor, Scott Mason, whom I have known personally for over 10 years. It is with a heavy but honest heart that I address the situation he now finds himself in. While I do not seek to excuse his actions, I hope to offer some insight into the person I have come to know well over time and the person he has been to those around him.

Scott is, without question, one of the most spirited and good-natured individuals I have ever met. He has an infectious sense of humor and a youthful zest for life that brings people together. Whether it's organizing a neighborly gathering or lending a hand to someone in need, he has always shown up for his family, my family, our neighbors, and our community with a big heart and open arms.

Beyond his social nature and quick wit, what truly stands out about Scott is the generosity of his time and his attention to those around him. He's been the first to check in on us and our neighborhood crew after a storm, the one who volunteers to help without being asked, and someone who lifts the spirits of others just by being present.

When my family and I first moved to Gladwyne from Florida in the summer of 2015, Scott was the very first person to welcome us. Walking down the hill that separates our properties, with a smile on his face, Scott introduced himself and made us feel instantly at home. We met his wife, Lynne, right after that and quickly knew our relationship with Scott and Lynne was going to be long-lasting. Their genuinely friendly, warm, and kind personalities are what also drew our kids to them as well. They have been like pseudo-grandparents to my children ever since.

That said, I understand he is facing serious legal consequences for his actions, and he does not shy away from this truth. He fully acknowledges the harm caused by his decisions and expresses a sincere desire to take responsibility and make amends. It's clear to me that this has been a humbling and transformative experience for him.

I do not write this letter to excuse his wrongdoing, but to affirm Scott is more than the sum of his mistakes. He has shown genuine remorse and a commitment to rebuilding trust and contributing

positively to society. I believe the humility from this experience and his deep moral reflection will allow him to emerge with a redefined sense of integrity and purpose.

Thank you for taking the time to consider this letter when deciding the outcome for this offense. I am confident that with support and the opportunity to make things right, Scott will continue to be the kind and spirited person we have always known—this time with a stronger sense of accountability.

Respectfully,

Lori A. Nixon

Gladwyne, PA 19035

**Exhibit P**

May 12, 2025
The Honorable Timothy J. Savage
US District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
RE: Scott Mason
Case No.: 2:25CR00025-001

Dear Judge Savage,

My name is Mark McCallum and I am writing to you in support of my friend, Scott Mason, who has pleaded guilty to charges of wire fraud, securities and investment fraud and filing false income tax returns. I understand the seriousness of these offenses and I do not intend to diminish the harm that has occurred. Instead, I wish to provide context for Scott's character and to respectfully ask that you consider this in your sentencing.

I have known Scott for 25 years and during that time have known him to be a person of generosity, kindness and responsibility - qualities that make the current situation quite difficult for me to reconcile. Our friendship began as a result of our children attending Gladwyne Elementary School. Over the ensuing years we stood or sat together as our children went about the many activities in the lives of growing kids. He has been a man who has exhibited a genuine love of family, friends and community on so many occasions over the years I have known him. I have seen first hand how deeply remorseful he is about the actions that led to this case.

Since the charges were brought Scott has taken full responsibility and expressed genuine regret. More importantly, he has reflected deeply on the consequences of these actions for the victims, his family and his future.

I believe that Scott is committed to making amends and rebuilding his life in a constructive and lawful way. He is not a danger to society, but a man who made serious mistakes and is determined to learn from them. I respectfully ask that Your Honor consider a sentence that allows Scott the opportunity for rehabilitation, continued personal growth and a meaningful contribution to the community in the future.

Thank you for considering my letter and for the difficult work you do in balancing justice with compassion.

Respectfully,

Mark Ian McCallum

# Exhibit Q

Peter Hess



Nashua, NH 03062

June 5, 2025

Hon. Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Scott Mason
Case No.: 2:25CR00025-001

Honorable Sir,

I am writing to you on behalf of my friend, Scott Mason. I have known Scott since our college days together, when we were housemates during our senior year, along with four other friends. Remarkably, the residents of this house have remained in close contact for 44 years since we graduated. Scott has always been a reliable, compassionate, supportive, and optimistic friend through all the ups and downs of our adult lives.

The news of Scott's criminal actions came as a profound shock and disappointment to me and has been very difficult to process. Reconciling his actions with the person I have known for a long time has caused me anguish and great internal dissonance.

Throughout our long friendship, Scott has always been a devoted and loving father to his wife and three children. I have witnessed firsthand the immense pride and care he has taken in their upbringing. The impact of his crimes on his family has been devastating, and I know he is deeply remorseful for the pain and hardship he has caused them. He carries a significant burden of guilt, and I believe he has gained a profound understanding of the far-reaching consequences of his decisions.

Scott possesses boundless energy and an inherent, resilient drive. While he has made grave mistakes, I firmly believe that he will channel this energy into finding productive and lawful ways to contribute, both during any period of incarceration and upon his release. He has always been a resourceful individual, and I am confident that he will use his time to reflect, learn, and ultimately become a positive influence in the remaining years of his life.

Thank you for considering my perspective.

Sincerely,

Peter T. Hess

# Exhibit R

Randy Yee

████████████

Warren, NJ 07059

May 13, 2025

Honorable Timothy J. Savage
U.S District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Scott Mason**
**Case No.: 2:25CR00025-001**

Your Honor Judge Savage:

I have known Scott Mason and Lynne Nowadly Mason for nearly 50 years. We first became acquainted while attending Hobart and William Smith Colleges, and our friendship has endured throughout these years. Lynne continues to be one of my closest friends.

I was deeply disappointed to learn of the crimes Scott has pled guilty to. I am gratified that he has acknowledged his misconduct, accepted full responsibility, and committed to making reparations.

While Scott's victims understandably seek harsh punishment, his family, particularly his wife and children, have endured significant shame and will continue to suffer. Despite his faults, Scott has been a loving, supportive, and stable presence for his wife, children and grandchildren. His punishment will undoubtedly, and most negatively impact them. Please consider this information when determining his sentence.

Respectfully submitted,

Randy Yee

**Exhibit S**

Honorable Timothy J. Savage
U.S District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Scott Mason**
**Case No.: 2:25CR00025-001**


Dear Honorable Savage,

My name is Scott Mardis, and I would like to express my support for Scott Mason during the upcoming proceedings.  My wife Holly and I met Scott through his wife Lynne. Holly's grandmother lives in the dementia ward at Waverly Heights.  During Lynne's time as an employee at Waverly, she would always pay special attention to her grandmother and would always greet us with kindness and warmth when we entered the facility.

We got to know Scott and could clearly see that the level of caring and consideration was something that they both possessed and practiced daily.  When my wife was diagnosed with breast cancer, Scott would regularly check in to see how her treatments were going, asking how she was feeling and if she needed anything.  We knew that Scott would drop anything if there was something he could do for us.  He was also one of the first to reach out and congratulate Holly when she was told she was cancer free.

Scott and I meet regularly to catch up on our family and friends.  One of his favorite topics are his children and grandchildren. Barely a moment goes by before he pulls out his phone and shares pictures of his grandson!  He is a proud father and grandfather, and he lights up whenever he talks about them.

I consider Scott a very good friend and our lives are better for knowing the Mason family.  I appreciate your consideration in this matter and know in my heart that Scott has a great deal of positivity to offer this community.


Sincerely,

Scott E. Mardis

# Exhibit T

**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** Hansen, Mary P.; Rinaldi, Michael J.
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Scott Mason Case # 2:25CR00025-001
**Date:** Monday, May 12, 2025 2:33:58 PM

Dear Mr Rinaldi and Ms Hansen,

My name is Bob Katz.  I have been friends with Scott Mason for 50+ years.  We've been close friends since we both were in 7th grade.  Scott was my son's Ice Hockey coach for several years when he was in High School.  Thanks to Scott's awesome coaching my son became the Captain of his High School team!  We have celebrated along with our families many joyous occasions together over the years.

My wife Hope and I were saddened to learn that Scott violated the law.  However, we are very proud of Scott owning up to his responsibilities. Scott has been very dedicated to his family. As a matter of fact, I remember the Mason family Taking family vacations every year or so.

Thank you both for your efforts to assist my good friend Scott Mason at this very difficult time for the Mason family.  If there's any additional information that I can provide you to assist your efforts, please feel free to contact me.

Sincerely,

Bob Katz
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

 Virus-free.www.avast.com

# Exhibit U

Marc Johnson

Hamilton, MA 01982

May 29, 2025

Honorable Timothy J. Savage
U.S. District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:          Scott Mason
> Case Number:  2:25CR00025-001

Honorable Timothy J. Savage,

My name is Marc Johnson, and I am President of Texture Technologies Corporation. I have known Scott Mason since our freshman year at Hobart College in 1978. We even shared an off-campus house during our senior year with a few other close friends. I am writing to provide insight into Scott's character in hopes that it may assist the court in any way.

Scott has always cared deeply about what is happening in our lives, our marriages, our children, our health issues and anything else that has been important to us over the years. Scott is the friend who – through his constant engagement - helped our college friendships stay active over almost five decades. When we have gotten together Scott has organized the logistics to make our reunions work smoothly. I have always looked forward to catching up with him about Lynne and his family in the early mornings or late at night. While we manage to cram a lot of activities into our short visits Scott has always made time to catch up.

I understand the seriousness of the offenses that he has pled guilty to, and I appreciate the negative impact he has had on those he hurt. I have expressed my disappointment directly to Scott. I have also told him that we will be supportive of Lynne. I expect the court to hold Scott properly accountable for his actions but simply ask the court to understand that there is an enormous amount of good in Scott as it makes its sentencing decisions. The Scott I have known for 47 years has been caring and a wonderful friend.

Please feel free to contact me at 978-468-9969 or marc@texturetechnologies.com if you require any further information. Thank you for your time and consideration.

Sincerely,

Marc Johnson

Cc: Mary Hansen, Duane Morris LLP
    Michael Rinanldi, Duane Morris LLP

**Exhibit V**

Chris Donahower

▮▮▮▮▮▮

Harvey Cedars, N.J. 08008

Hon. Timothy J. Savage, U.S.D.J.
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, P.A. 19106

Re: U.S. v. Scott Mason
Case No.:2:25CR00025-001

Honorable Sir:

I am writing today on behalf of Scott Mason, who I first met 45+ years ago in college and who has been a lifelong friend.

In those many years of friendship what stands out to me about Scott is his kindness and caring nature. Over the years he has extended that kindness on many occasions to me, to my immediate family, my extended family, and to complete strangers.

The crimes he has been indited for, pled guilty to and will be punished for are clearly very serious and cannot be condoned in any manner. At the same time, and in my personal view they do not define Scott as a man nor encompass all that he is as a human being. As such, I offer here my personal experience with Scott over the last 45+ years for your consideration.

Best Regards
Chris Donahower
May 22nd 2025

**Exhibit W**

Honorable Timothy J. Savage
U.S District Court Judge
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Scott Mason**
**Case No.: 2:25CR00025-001**

I've known Scott Mason for almost thirty years.  We've connected frequently -- monthly, if not more -- over the years as part of a small group of friends who met when our children, now in their mid-30s, were 6 years old at Gladwyne Elementary School.

Through the years, I've known Scott as an involved and loving parent to Matt, Aly and Andrew; a constant support for their academic and extra-curricular activities. He's played a big role in my children's lives, always supporting their school fundraisers and adding a sense of fun and belonging throughout their childhoods.

On a very personal level, as my family has faced some significant challenges in recent years, Scott has been our "go-to." I cannot overstate how much his willingness to come to our aid at a moment's notice several times has made a huge difference to us.  He was levelheaded, compassionate and discreet.  We will always owe him a large measure of gratitude.

Sincerely,


Margaret D. Johnson

# Exhibit X

Blake S. Griffin

Gladwyne, PA 19035
6/1/25


The Honorable Timothy J. Savage
9614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Scott Mason
Case No: 2:25CR00025-001

Dear Judge Savage,

As a neighbor of Mr. Scott Mason, I would like to submit this letter on his behalf.  I am well aware of Mr. Mason's plea before Your Honor and the gravity of his crimes.  My only hope is to help provide Your Honor with some context of Mr. Mason's character from someone who has known Mr. Mason only as "neighbor" and "friend."

I am not from the Northeast and was lucky enough to meet my wife in college and move to Philadelphia in 2009. My wife, son, and I moved to Gladwyne from Philadelphia in 2013, just before my second son was born.  Mr. Mason and his wife Lynne were the first people we met when we moved into our home.  My experiences with Mr. Mason have only been positive.  He has been a kind and caring neighbor, and has gone out of his way, even when inconvenient, to lend me a hand, as a good neighbor should.  One example that has always stuck out for me occurred during our first winter in Gladwyne.  My wife and I had not been homeowners before and were completely unprepared for the first major snow.  I recall being overwhelmed when I opened my garage door to find feet of snow that needed to be shoveled.  At the time, I was the only adult in our family of four that was well enough to do the work.  I remember vividly that when Mr. Mason saw me attempting to clear a huge amount of snow from my driveway, he immediately went back to his home (he had been outside of his home letting his dogs out).  Moments later, Mr. Mason came walking down his road and turned onto my road with his snowblower.  Without any self-serving intention or pretense, Mr. Mason worked for at least an hour and helped me clear my driveway.

This gesture is just one of many examples of times when Mr. Mason has been willing to lend a helping hand, without any desire for something in return.  He has also been a fantastic neighbor to my three sons, and has always been kind, welcoming, and patient with them through the years.  Mr. Mason is one of the best neighbors anyone could ask for, and he has been a positive part of our world since 2013.

I hope that you will take this into consideration in your coming decision.  Thank you for your time.

Sincerely,

Blake S. Griffin

Blake S. Griffin